UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL BURGESS, JR.,<br><br>           Plaintiff,<br><br>    v.<br><br>WARDEN DONAT, *et al.,*<br><br>           Defendants. | 3:08-CV-437-RCJ(RAM)<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Robert A. McQuaid, Jr., (#74[1]) entered on July 28, 2010, recommending Plaintiff's Motion for Summary Judgment (#57) be denied and Defendants' Motion for Summary Judgment (#58) be granted. No Objections have been filed.

The Court has conducted it's *de novo* review in this case, has fully considered the response of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#74) entered on July 28, 2010, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#74) entered on July 28, 2010, is adopted and accepted, and Defendants' Motion For Summary Judgment (#58) is GRANTED.

///
///
///
///
///

---

[1] Refers to court's docket number.

1   IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (#57) is DENIED.
2   The Clerk of the shall enter judgment accordingly.
3   IT IS SO ORDERED.
4   DATED: this 16th day of August, 2010.

_____
ROBERT C. JONES
United States District Judge